IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JUDITH MARCIA WILLIAMS,**

    **Plaintiff,**

v.                                                   Case No. 4:22-cv-453-AW-MJF

**NANCY PELOSI,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

I have carefully considered the magistrate judge's January 10, 2023 report and recommendation. ECF No. 7. Plaintiff filed an objection, and I have considered de novo the issues it raised. ECF No. 9.

The report and recommendation, ECF No. 7, is adopted and incorporated into this order. The clerk will enter a judgment that says, "Plaintiff's complaint is dismissed with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), as frivolous." The clerk will close the file.

The motion for leave to proceed *in forma pauperis* (ECF No. 8) is DENIED as moot. The court already granted leave to proceed *in forma pauperis*. *See* ECF No. 6.

SO ORDERED on February 8, 2023.

                                                    s/ *Allen Winsor*
                                                    United States District Judge